Submitted on remand from the Oregon Supreme Court June 12, reversed and remanded July 15, 1998

## STATE OF OREGON,
*Appellant,*

*v.*

## DALLAS RAY STEVENS,
*Respondent.*

(88020368; CA A94916)

958 P2d 909

Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and Janet A. Metcalf, Assistant Attorney General, for appellant.

Sally L. Avera, Public Defender, and Diane L. Alessi, Deputy Public Defender, for respondent.

Before De Muniz, Presiding Judge, and Deits, Chief Judge, and Haselton, Judge.

PER CURIAM

**PER CURIAM**

The Supreme Court has remanded this case following its decision in *State ex rel Carlile v. Frost*, 326 Or 607, 956 P2d 202 (1998). The Supreme Court there held that we were wrong in dismissing, by order, the state's appeal in this case from the trial court's order excluding evidence from the penalty-phase proceeding in defendant's death-penalty case. After deciding the appealability issue, the Supreme Court determined that the evidence could be admitted. *Id*. at 617-18. Accordingly, we reverse and remand.

Reversed and remanded.